UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IDEMA, et al.,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioners,　　　　　　　 : **ORDER DENYING MOTION**
　　　　　　　　　　　　　　　　　　　　　: **FOR RECONSIDERATION**
　　　　　　-against-　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
RICE, et al.,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　: 05 Civ. 2947 (AKH)
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondents.　　　　　　　 :
-------------------------------------------------------x
DENISE COTE, U.S.D.J.:

On May 18, 2005, the Hon. Alvin K. Hellerstein issued an Order denying respondents' motion to dismiss and transferring venue to the United States District Court for the District of Columbia. 28 U.S.C. § 1406(a). Subsequent to the issuance of the May 18th Order, petitioners sent numerous submissions to the Court, including a motion to strike the May 18th Order, pursuant to Fed. R. Civ. P. 60, as well as a response to respondents' motion to dismiss. Having been advised by Judge Hellerstein that he has reviewed all such submissions received on or before May 31, 2005, that he considers them collectively as a motion for reconsideration by petitioners, see Local Civil Rule 6.3, and that he wishes the Part I Judge in his absence to deny the motion for reconsideration, it is hereby

ORDERED that all pending motions are hereby denied.

IT IS FURTHER ORDERED that, pursuant to the direction of Judge Hellerstein, and because this action has been transferred to the District of Columbia, any further papers from petitioners be returned to petitioners' counsel without docketing.

1

IT IS FURTHER ORDERED that the letter of May 31, 2005 received from petitioners' counsel on June 1, 2005, along with its enclosures, is hereby returned to petitioners' counsel.

SO ORDERED.

Dated: New York, New York
June 1, 2005

*/s/ Denise Cote*
DENISE COTE
United States District Judge
Part I Judge